SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

ROGACIANO VERA,

        Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

No.  2:14-CV-02616-CKD

**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO  FILE A MOTION FOR SUMMARY JUDGMENT**

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion For Summary Judgment on or before July 9, 2015.

SO ORDERED.

Dated: April 16, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1