BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
DONNA WADE ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGACIANO VERA, | Case No. 2:14-cv-02616-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    The parties, through their respective counsel, stipulate that the time for Defendant to file her response to Plaintiff's Motion for Summary Judgment should be extended to October 15, 2015.

//

//

-1-

This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment. Defendant needs the additional time due to counsel's illness and multiple (five) conflicting due dates. Additional time is also needed to confer with the client. Plaintiff does not object and agrees that all subsequent filing deadlines should be extended accordingly.

Respectfully submitted,

Dated: August 28, 2015

*/s/ Shellie Lott\**
SHELLIE LOTT
Attorney for Plaintiff Rogaciano Vera
(\*Authorized via Email on 08/27/15)

Dated: August 28, 2015

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

Dated: August 31, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE